IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| CIA D. MAHONE, | * |
| Plaintiff, | * |
| v. | Case No. 1:19-CV-161 (LAG)(TQL) |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 14, 2021, having accepted the recommendation of the United States Magistrate Judge in its entirety, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 14th day of January, 2021.

David W. Bunt, Clerk

s/ M. Danielle Morrow, Deputy Clerk